Jason S. Ritchie
Michael P. Manning
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
jritchie@hollandhart.com
mpmanning@hollandhart.com

*Counsel for Stillwater Mining Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| In re the Application of<br>NATALIA POTANINA,<br><br>For an Order to Take Discovery<br><br>Pursuant to 28 U.S.C. § 1782(a) | No. MCV-14-01-BLG-SPW<br><br>**STILLWATER MINING COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Stillwater Mining Company hereby submits its Rule 7.1 Corporate Disclosure Statement pursuant to the Federal Rules of Civil Procedure.

Stillwater Mining Company hereby declares that it is a publicly held company and has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  February 25, 2014

>  Respectfully submitted,
>
>  /s/ *Jason S. Ritchie*
>  Jason S. Ritchie
>
>  *Counsel for Stillwater Mining Company*

6697358_1

-1-